# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Rhode Island

**John Deaton, et al**

      Plaintiff(s),

VS.

**Elad Roisman as Acting SEC Chairman, U.S. Securities & Exchange Commission**

      Defendant(s).

Attorney: John Deaton, Esq.

Deaton Law Firm, LLC
450 North Broadway
East Providence RI 02914

\*261123\*

**Case Number: 1:21-cv-00001-WES-PAS**

Legal documents received by Same Day Process Service, Inc. on **01/07/2021** at **10:20 AM** to be served upon **Elad Roisman as Acting SEC Chairman, U.S. Securities & Exchange Commission**, at **100 F St., NE, Washington, DC, 20549**

I, **Harvey Jessup**, swear and affirm that on **January 07, 2021** at **11:22 AM**, I did the following:

Served **Elad Roisman as Acting SEC Chairman, U.S. Securities & Exchange Commission, a government agency** by delivering a conformed copy of this **Summons in a Civil Action (Filed on 01-07-2021); Civil Cover Sheet; Petition for Writ of Mandamus; Memorandum in Support of Writ of Mandamus;** to **Corey Harris** as **Mail Clerk & Authorized Agent** at **100 F St., NE , Washington, DC 20549** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 30 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Harvey Jessup**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:261123

District of Columbia: SS
Subscribed and Sworn to before me
this __7TH__ day of __JANUARY__, 2021

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

