Case 1:21-cv-00001-WES-PAS   Document 6   Filed 01/07/21   Page 1 of 2 PageID #: 107
Case 1:21-cv-00001-WES-PAS   Document 8   Filed 01/11/21   Page 1 of 2 PageID #: 110

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| JOHN DEATON, JORDAN DEATON, JAMES LAMONTE, TYLER LAMONTE, MYA LAMONTE, MITCHELL MCKENNA, KRISTIANA WARNER, and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>ELAD ROISMAN AS ACTING SEC CHAIRMAN, U.S. SECURITIES & EXCHANGE COMMISSION<br><br>*Defendant(s)* | Civil Action No. 1:21-cv-00001 -WES-PAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Acting Chairman Elad L. Roisman
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
(202) 551-2700
CommissionerRoisman@sec.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John Deaton
Deaton Law Firm
450 N. Broadway
East Providence, RI 02914

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **January 07, 2021**

/s/ Hanorah Tyer-Witek
**Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00001 -WES-PAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorneys Office - District of Rhode Island
was received by me on *(date)* Jan 7 2021     50 Kennedy Plaza 8th floor
Providence RI 02903

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Zach Cunha , who is
designated by law to accept service of process on behalf of *(name of organization)* U.S. Attorneys Office
@ 50 Kennedy plaza, Providence RI 02903 on *(date)* Jan 7 2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: January 7 2021
@ 12:30pm

*Server's signature*

Ashley Waddington Constable #151
*Printed name and title*
Ashley Waddington
Constable #151
P.O. Box 284
East Greenwich, RI 02818

*Server's address*

Additional information regarding attempted service, etc: