AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| John Deaton et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-00001-WES-PAS |
| U.S. Securities and Exchange Commission et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Securities and Exchange Commission et al.

Date: 02/22/2021

/s/ Christina Cotter
*Attorney's signature*

Christina Cotter, IL Bar 6301562
*Printed name and bar number*

U.S. Securities and Exchange Commission
Office of the General Counsel
100 F Street, NE
Washington, D.C. 20549
*Address*

cotterc@sec.gov
*E-mail address*

202-551-7676
*Telephone number*

202-531-8287
*FAX number*