# DEATONLAWFIRM, LLC

John E. Deaton △
Danielle M. Angelo ◊

450 North Broadway, East Providence, Rhode Island 02914

△ Admitted in RI, MA, CT & IA
◊ Admitted in MA

<u>VIA US MAIL & FAX</u>

February 12, 2021

Hon. Judge William E. Smith
U.S. Attorney's Office – District of RI
50 Kennedy Plaza
Providence, RI 02903

**RE: SEC Civil Action No. 1:21-cv-00001-WES-PAS**

Dear Judge Smith,

I'm writing the Court to ascertain as to the status of the Petition for Writ of Mandamus that I filed on January 1, 2021.

On January 7, 2021 I electronically filed an Affidavit of Service, affirming that Elad Roisman, then Acting Chairman of the U.S. Securities and Exchange Commission and the U.S. Securities and Exchange Commission were both served with the Writ of Mandamus on January 7, 2021. Additionally, I served the Writ of Mandamus to the U.S. Attorney's Office in Providence, Rhode Island.

The Federal Court's electronic filing system, following the Rules of Civil Procedure, automatically calculated a response due date of January 28, 2021, and it was so entered as a Docket Text within the system.

As of today, February 12, 2021, there has been no response to my Petition for Writ of Mandamus. I have, likewise, received no communications from either the U.S. Securities and Exchange Commission or the U.S. Attorney's Office.

Of course, there is no requirement that I know of that mandates a written response to a Writ of Mandamus. I would, however, respectfully request a hearing on the matter when deemed appropriate by this Honorable Court.

Please be advised that I have faxed a copy of this letter to the SEC's litigation office, the Office of the General Counsel, as well as the U.S. Attorney's Office in Providence, Rhode Island.

Respectfully,

John E. Deaton, Esq.

Cc: U.S. Securities and Exchange Commission Office of the General Counsel
    U.S. Attorney's Office – Providence, Rhode Island *via Facsimile*