John E. Deaton ᐃ
Danielle M. Angelo ◊
Alexis Koch °
Christopher Romero °

# DEATONLAWFIRM, LLC

450 North Broadway, East Providence, Rhode Island 02914

---

ᐃ Admitted in RI, MA, CT & IA   ◊ Admitted in MA   ° Admitted in RI

*Via US mail and ECF*                                          March 14, 2021

Honorable Judge William Smith
US District Court for the District of Rhode Island
One Exchange Terrance
Providence, RI 02903

**Re:  1:21-cv-0001-WES-PAS Withdraw of Writ of Mandamus**

Dear Judge Smith,

       On March 5, 2021, the Securities and Exchange Commission ("SEC") filed a motion to dismiss the Petition for Writ of Mandamus filed on January 1, 2021. In its motion, the SEC stated that the United States District Court for the Southern District of New York, (where the *SEC v. Ripple* matter is filed) is the exclusive forum to hear all claims related to the digital asset, XRP. Based on that and other assertions contained within the SEC's motion to dismiss, I am seeking the appropriate redress in the Southern District of New York and am hereby withdrawing my Petition for Writ of Mandamus.

                                                         Respectfully,

                                                         John E. Deaton